FILED

2026 May-12 PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DAVID HEATH GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:26-cv-00243-MHH-JHE |
| | ) | |
| HOOVER CITY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff David Heath Griffin filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights.  (Doc. 1).  Although Mr. Griffin filed applications to proceed *in forma pauperis* (Docs. 2, 5), the undersigned denied the applications because they were not accompanied by a certified copy of prisoner account statements for the last six months. (Docs. 4, 6).  On March 25, 2026, the undersigned ordered Mr. Griffin to file a new application to proceed *in forma pauperis* within 21 days, accompanied by a certified copy of his prison account statements for the last six months.  (Doc. 6 at 1–2).  The undersigned warned Mr. Griffin that failure to comply within the prescribed time may result in the dismissal of this action without further notice.  (Doc. 6 at 2).

More than 21 days elapsed, and Mr. Griffin did not comply with or otherwise respond to the order.  On April 22, 2026, the undersigned entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Griffin's failure to comply with a court order.  (Doc. 7).

On April 27, 2026, the court received Mr. Griffin's application to proceed *in forma pauperis* accompanied by a certified copy of his prison account statements for the last six months.  (Doc. 8).  Accordingly, the undersigned **WITHDRAWS** his report entered April 22,

2026, recommending dismissal of this action based on Mr. Griffin's failure to comply with a court order.  (Doc. 7).

DONE this 12th day of May, 2026.

_____

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE